## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MIDDLE LOUISIANA
### (Russell B. Long Federal Building and United States Courthouse, 777 Florida Street, Suite 139, Baton Rouge, LA 70801 )

|  |  |  |
|---|---|---|
| Presidential Candidate Number P60005535 "also known as" (aka) Ronald Satish Emrit, & Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897 d/b/a United Emrits of America<br>    Plaintiffs (Pro Se)<br><br>    v.<br><br>Federal Reserve Bank, Federal Open Market<br>    Committee (FOMC), Bureau of<br>    Engraving and Printing (BEP), and<br>    National Mint<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C. A. No.: |

RECEIVED

APR 0 8 2025

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

DEPUTY CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## COMPLAINT

COMES NOW, the plaintiff Ronald Satish Emrit, who is bringing forth this complaint against the following four defendants in the amount of $500 billion against the aforementioned defendants for the tortious interference with business relations and/or contracts.  In bringing forth this complaint, the plaintiff states, avers, and alleges the following

## I.) NATURE OF THE CASE

1.) Pursuant to Rule 57 of Federal Rules of Civil Procedure (FRCP), the plaintiff is encouraging Chief Judge Shelly Dick to issue a declaratory judgment related to President Trump's tariffs against Canada, Mexico, and China which are negatively impacting the American economy.

2.) Alternatively, the plaintiff is seeking a preliminary injunction to be issued by Chief Judge Shelly Dick to preclude and/or enjoin the Federal Reserve Bank and/or U.S. Department of Commerce (not listed as a defendant in this present action) from implementing Donald Trump's tariffs against Canada, Mexico, and China in particular.

3.) Additionally, the plaintiff is seeking punitive, compensatory, and/or treble damages in the amount of $500 billion to be imposed against all of the defendants in which this could be a class action lawsuit including all impoverished Americans as part of said class involving typicality, numerosity, and commonality of claims pursuant to Rule 23 of Federal Rules of Civil Procedure (FRCP).

## II.) PARTIES TO THIS LITIGATION

4.) The plaintiff is an indigent, disabled, and unemployed resident of the state of Florida and Maryland (the plaintiff spends half of the year in Florida and the other half in Maryland traveling with his father who is a widely-recognized musician in several states on the Atlantic coast). His current mailing address is 5108 Cornelias Prospect Drive, Bowie, Maryland 20720. His cell phone number is currently (703)936-3043 and his primary email address is einsteinrockstar2@outlook.com.

5.) The first defendant is Federal Reserve Bank which has 12 regional banks nationwide.20th Street and Constitution Avenue N.W., Washington, DC 205519100 NW 36th St, Miami, FL 33178

6.) The second defendant is Federal Open Market Committee (FOMC) which engages in open market operations substantially similar to Quantitative Easing (QE) to control the rate of inflation, stagflation, or recession in the United States in which inflation is measured by both the consumer price index (CPI) and GDP

deflator according to Bureau of Economic Analysis (BEA) under Commerce Department and/or Bureau of Labor Statistics (BLS) under Labor Department whereby GDP is an acronym for Gross Domestic Product as a "basket of goods" as opposed to Gross National Product (GNP). 20th Street and Constitution Avenue N.W., Washington, D.C. 2055114th and C Streets, SW, Washington, D.C. 20228 1-202-874-2330 1-877-874-4114 moneyfactory.info@bep.gov

7.) The third defendant is Bureau of Engraving and Printing (BEP) under Treasury Department in which Scott Bessent is the Secretary of the Treasury who has allowed Elon Musk as Special Government Employee (SGE) to have access to Social Security, Medicare, and Medicaid of millions of Americans who oppose this identity theft that the plaintiff reported to federal Trade Commission (FTC) and this complaint has been uploaded in PACER and CM/ECF particularly in the 10th Circuit Court of Appeals in a case against Elon MUsk in which the clerk of the court is Christopher Wolpert.

8.) The fourth defendant is National Mint also under the U.S. Department of Treasury and originally under State Department.4455 Regent Blvd, Irving, TX 75063801 9th Street, N.W., Washington, DC 20220-0012

### III.) JURISDICTION AND VENUE

9.) According to Federal Rules of Civil Procedure 8(a)(1), Plaintiff is required to provide "a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support;"

10.) Because the court does not already have personal or subject matter jurisdiction over this issue, it is necessary to engage in a brief discussion of the court's jurisdiction so that the defendants can not move to dismiss this case based on procedural grounds involving a lack of proper jurisdiction.

11.) Pursuant to 28 U.S.C.A. Section 1332, the U.S. District Court for the District of Eastern Louisiana (as an Article III court) has jurisdiction over this matter because there is complete diversity of jurisdiction between the Plaintiff and the four defendants given that the plaintiff lives in Sarasota, Florida and no longer in Fort Worth, Texas.

12.) As an Article III court, the U.S. District Court for the District of Louisiana also has subject matter jurisdiction over the present case at bar because this proceeding involves a discussion of Title VII of the Civil Rights Act of 1964, Americans with Disabilities Act of 1990, Equal Protection Clause, Due Process Clause, Fourth Amendment, and Privileges and Immunities Clause.

13.) Therefore, a federal question is presented by the implication of the black-letter law of the aforementioned federal statutes in addition to the discussion of Constitutional Law provisions.

14.) Venue in this jurisdiction is also proper pursuant to 28 U.S.C.A. Sections 1391 and 1400.

15.) Because the amount in controversy does exceeds $75,000 (i.e. $500,000,000,000 is more than $75.000), this court has jurisdiction on the grounds of diversity and a federal question presented.

## IV.) STATEMENT OF FACTS

16.) President Donald J. Trump has imposed tariffs upon Canada, Mexico, and China which are implemented by U.S. Department of Commerce (not listed as defendant) and have an impact or profound effect upon Federal Reserve bank even though **Jerome Powell of Federal Reserve Bank** does not actually have jurisdiction to overturn the tariffs.

17.) Because the Federal Reserve Bank can control inflation by adjusting interest rates at which it purchases commercial bonds or treasury bills (T-bills) from commercial banks insured by federal Deposit Insurance Corporation (FDIC), the Federal Reserve Bank and Jerome Powell have an active role in counteracting inflation which is caused by unnecessary tariffs against allies in NOrth America originally part of **NAFTA** and now replaced by **U.S., Mexico, Canada Trade Agreement** substantially similar to **MERCOSUR in South America** and similar to European Union (EU) and European Economic Community (EEC) for which Great Britain had an infamous exit as part of BREXIT.

18.) The Federal Deposit Insurance Corporation (FDIC) was created through the Glass-Steagall Act of 1933 as New Deal legislation imposed by Franklin Delano Roosevelt (FDR) after the stock market crash of 1929 and ensuing Great

Depression.

19.) It is well-known that FDR served 4 terms and was disabled like the plaintiff and he is known for his "fireside chats" on the radio and being present at Potsdam Conference in Yalta with Winston Churchill and Josef Stalin after th Hitler-Stalin Pact.

20.) FDR is also known for the famous phrase "The Switch in Time that saved Nine" as part of the court-packing scheme for U.S. Supreme Court and other New Deal legislation such as Securities Act of 1933 and Securities Exchange Act of 1934.

21.) In addition, the plaintiff has been trying to obtain a **design patent or utility patent** from U.S. Patent and Trademark Office (USPTO) through separate litigation and the plaintiff has been trying to obtain  fiance visa (**USCIS Form 129f**) or political asylum (**USCIS Form 589**) for his fiance as a Ukrainian refuge in Warsaw, Poland seeking the help of the Orlando office of Senator Marco Rubio (now the Secretary of State) and the USA Embassy in Warsaw, Poland.

22.) The plaintiff believes that the phrase **"We are Really Soul Mates"** with the acronym of **WARSM** is connected to **Warm Springs Road in Henderson, Nevada** which would connect his fiance Maria Cherniavska to his former girlfriend Ariel Joy Bell (AJB) of Henderson, Nevada and Tina Baijoo of Houston, Texas, and Batina Wills (BW) of HUD in addition The BLair Witch (Moll Dyer from Leonardtown, Maryland in Saint Mary's County) and the clerk of the court for the Ninth Circuit in San Francisco in addition to The Beauty Within MOdels of Westerly, RHode Island.

23.) In addition, the phrase <u>**"We Are Really Soul Mates"**</u> applied to the plaintiff and his fiance Maria Cherniavska is connected to Warsaw, Poland, the **Warsaw Pact** as opposite of **NATO/OTAN** (Mirror Writing involving palindromes), Vivek Ramaswamy, Swamp Thing, The Mothman, and **Rawson Neal Psychiatric Hospital** (connected to Shaquille O' Neal, Tamille Hawkins, and Neil Portnow of The Grammys at Willard Intercontinental Hotel) in Las Vegas, Nevada where Shelly Renee Murray of Henderson, Nevada visited the plaintiff which would connect Maria Cherniavska of Warsaw, Poland and Kharkiv, Ukraine to both Shelly Renee Murray and Ariel Joy Bell of Henderson, Nevada and the concept of

**SWARM Robotics involving stigmergy** taught to the plaintiff by Dr. John LOng of Vassar College through The Great Courses/Teaching Company with its principal place of business (ppb) in Chantilly, Virginia.

24.) Back in 2008, Ben Bernanke of the federal Reserve "rescued" Wall Street from the financial meltdown caused by credit default swaps, mortgage-backed "pass through" securities, collateralized debt obligations or CDO's with tranches, and the subprime mortgage crisis involving stated income rather than documented income.

25.) Ben Bernanke was joined by Christopher Cox of Securities Exchange Commission (SEC) and Henry Paulson of the Treasury Dartmouth who attended Dartmouth College in New Hampshire where the plaintiff' cousin Jennifer Bransford attended.

26.) The previous Chairman of the federal Reserve Bank was Alan Greenspan and then Janet Yellen prior to Jerome Powell becoming the chairman of the Federal Reserve Bank.

27.) While Lehman Brothers was an investment bank that was allowed to fail in 2008, the Federal Reserve, Treasury Department, and Securities Exchange Commission (SEC) "bailed out" the American International Group (AIG) as an insurance company whose outgoing CEO was supposedly receiving a golden parachute payment as severance pay.

28.) The commercial bank Bank of America was allowed to purchase and/or perform a corporate takeover of Merrill Lynch because the Gramm-Leach Bliley Act of 1998 (Financial Services Modernization Act) overturned and/or repealed the previous Glass-Steagall Act of 1933 which placed a wall between investment banks and/or underwriting syndicates and commercial banks.

29.) Bank of America has previously been doing business (d/b/a) Nations Bank in the same manner that Suntrust Bank was previously Crestar Bank and has now merged with Branch Banking and Trust (BB&T) to create Truist Bank while First Union Bank became Wachovia and now Wachovia has been acquired by Wells Fargo Bank with its principal place of business (ppb) in San Diego.

30.) Accordingly, Warren Buffett of Berkshire Hathaway invested about $5 million

into Goldman Sachs as an investment bank or underwriting syndicate for which the plaintiff's cousin Katharine Bransford was vice president on the trading floor and was able to arrange a job interview for the plaintiff as a junior analyst on Wall Street with Doug McNeely, i.e. a former basketball player from Duke University.

31.) The quasi-governmental agencies Fannie Mae and Freddie Mac were also negatively affected by the financial meltdown of 2008 given that they package the mortgage-backed "Pass through" securities which were affected by subprime mortgage crisis in which mortgagors were defaulting on their mortgages and/or promissory notes as two-party paper regulated by Article 3 of Uniform Commercial Code (UCC) as part of secured transactions regulated by Article 9 Uniform Commercial Code (UCC) whereby purchase money mortgages are substantially similar to purchase money security interests or PMSI's which have a super priority over other creditors such as buyers in the ordinary course of business (BIOC), properly perfected security interests, and holders in due course regulated by Federal Trade Commission (FTC) and perhaps American Banking Association (ABA).

## V.) COUNT ONE: TORTIOUS INTERFERENCE WITH CONTRACT

1.) Tortious interference with contract arises when a defendant intentionally convinces or causes a third party to breach its contract with the plaintiff, which results in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with contractual relationship or contract rights.

2.) The elements of the tort can vary by state but generally include the following:

A.) A valid contract between the plaintiff and a third party exists.

B.) The defendant has knowledge of that contract.

C.) The defendant has the requisite intent to induce the third party to breach the contract with the plaintiff.

D.) The defendant lacks justification to induce that breach.

E.) The breach causes damages to the plaintiff.

## VI.) COUNT TWO: TORTIOUS INTERFERENCE WITH BUSINESS RELATIONS

3.) Tortious interference with business relationship is a similar claim that typically arises when no valid contract exists and a defendant intentionally interferes with the business relationship between a third party and the plaintiff, resulting in damages to the plaintiff. Some courts refer to the claim by other names, such as tortious or intentional interference with prospective or existing business advantage, tortious or intentional interference with prospective or existing economic advantage, and tortious or intentional interference with business expectancy.

4.) The elements of the tort can vary by state but generally include the following:

A.) A business relationship exists between the plaintiff and a third party that affords the plaintiff some legal right.

B.) The defendant has knowledge of that relationship.

C.) The defendant has the requisite intent to interfere with the relationship between the third party and the plaintiff.

D.) The defendant lacks justification to interfere with that relationship.

E.) The breach causes damages to the plaintiff.

## VI.) PRAYER FOR RELIEF

WHEREFORE, the plaintiff is seeking punitive, compensatory, and treble damages

in the approximate amount of $500 billion against the 4 governmental defendants

seeking joint and several liability whereby the defendants would presumably seek contribution and indemnity from each other through the filing of cross-claims. In asserting this "prayer for relief," the plaintiff states, avers, and alleges the following:

A.) This proposed judgment in the amount of $500,000,000,000 would be considered to be punitive, compensatory, and treble damages for both the tortious interference with contracts and tortious interference with business relations according to Restatement (Third) of Torts and perhaps the Restatement (Second) of Contracts despite the Gist of the Action Doctrine separating common law tort issues from common law contract issues and the sale of goods in excess of $500 regulated by Article 2 of Uniform Commercial Code (UCC)..

B.) This proposed judgment of $500,000,000,000 would also be considered to be expectation, reliance, restitution, incidental, liquidated, consequential damages according to the common law of contracts although not the Uniform Commercial Code (UCC) Article 2 applied to the sale of goods in excess of $500.00 presumably because the Uniform Commercial Code (UCC) drafted by Uniform Law Commissioners only applies within United States and not to supranational organizations on the international level such as defendants.

C.) Furthermore, the plaintiff is seeking the equitable remedy of an injunction precluding and/or enjoining any of the defendants from imposing tariffs upon Canada, Mexico, and/or China would are presumably causing inflation within

United States according to a fiscal or monetary policy involving Keynesian or neo-Keynesian economics

D.) In addition, the plaintiff is seeking the equitable remedy of an injunction pursuant to Rule 65 of Federal Rules of Civil Procedure (FRCP) mandating and/o requiring that the defendants adjust the interest rates accordingly at which they purchase Treasury Bills (T-Bills) or bonds from commercial banks insured by Federal Deposit Insurance Corporation (FDIC) created by the Glass-Steagall Act of 1933 as New Deal legislation during the administration of FDR in which inflation is measured by both the Consumer Price Index (CPI) and GDP deflator monitored by both the Bureau of EConomic Analysis under Commerce Department and Bureau of Labor Statistics (BLS) under Treasury Department.

Respectfully submitted,

Ronald Satish Emrit

6655 38th Lane East

Sarasota, Florida 34243

(703)936-3043

einsteinrockstar@hotmail.com

einsteinrockstar2@outlook.com

Satish Emn't
5108 Cornelias Prospect Dr.
Bowie, Maryland 20720







SCREENED
OK
U.S. MARSHAL

Attn: Clerk of the Court
United States District
Court of Middle Louisiana
Russell B. Long Federal. Bldg.
& U.S. Courthouses
777 Florida Street
Suite # 139
Baton Rouge, LA 70801