UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RONALD SATISH EMRIT, ET AL.                                CIVIL ACTION

VERSUS

FEDERAL RESERVE BANK, ET AL.                    NO. 25-00302-BAJ-EWD

## RULING AND ORDER

Before the Court is the Magistrate Judge's **Report and Recommendation (Doc. 5, the "Report")**, prepared *sua sponte* based on the screening required by 28 U.S.C. § 1915A and permitted by 28 U.S.C. § 1915(e). The Report recommends that the Court dismiss the case with prejudice as frivolous on the Court's own motion pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). (*Id.* at 10). There are no objections to the Report.

Having carefully reviewed Plaintiff Ronald Satish Emrit's ("Plaintiff Emrit")[1] Complaint (Doc. 1) and the Report (Doc. 5), the Court **APPROVES** the Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that the Complaint (Doc. 1), and all claims therein, including Plaintiff Emrit's request for an injunction, be and are hereby **DISMISSED WITH PREJUDICE** as frivolous on the Court's own motion pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Leave to amend is not warranted because it would be

---

[1] Plaintiff Emrit names a second Plaintiff, "Presidential Committee/Political Action Committee/Separate Segregated Fund (SSF) Number C00569897," which the Court construes as an alter ego for Plaintiff Emrit.

futile.

**IT IS FURTHER ORDERED** that Plaintiff Emrit be and is hereby warned that, if he files another frivolous lawsuit, he will be ordered to obtain leave of Court before filing any further Complaints, and the Clerk of Court will be directed not to accept any further lawsuits unless Plaintiff has first obtained permission from a judge of this Court.

**IT IS FURTHER ORDERED** that the Application to Proceed in District Court Without Prepaying Fees Or Costs (Doc. 2) be and is hereby **DENIED** to prevent Plaintiff from flagrantly abusing the judicial process.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of the Magistrate Judge's Report (Doc. 5) and this Order to Plaintiff Emrit by regular and by certified mail to his address of record on PACER.

Judgment shall issue separately.

Baton Rouge, Louisiana, this 16th day of October, 2025

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**